error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY MILLER, Appellant. [925 NYS2d 365]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Gorski and Martoche, JJ.

■ DESTINY USA HOLDINGS, LLC, Respondent, v CITIGROUP GLOBAL MARKETS REALTY CORP., Appellant. [924 NYS2d 874]— Motion for leave to appeal to the Court of Appeals dismissed on stipulation as withdrawn. Present—Scudder, P.J, Fahey, Peradotto, Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OHNJA OLOMONSA, Also Known as JOHN SOLOMON, Appellant. [925 NYS2d 365]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Carni and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANA P. BROWN, Appellant. [924 NYS2d 914]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY F. FASO, Appellant. [924 NYS2d 914]—Motion for reargument denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ KAI LIN, Appellant, v STRONG HEALTH, DEPARTMENT OF DENTISTRY, et al., Respondents. (And Another Action.) (Appeal No. 1.) [925 NYS2d 365]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ KAI LIN, Appellant, v STRONG HEALTH, DEPARTMENT OF DENTISTRY, et al., Respondents. (And Another Action.) (Appeal No. 2.) [924 NYS2d 914]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ ALEXANDROS TSOULIS, Respondent-Appellant, v ABBOTT BROS. II STEAK OUT, INC., Appellant-Respondent. [925 NYS2d 365]—Motion and cross motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni, Sconiers and Gorski, JJ.

■ JEFFREY J. PITTS et al., Appellants, v BELL CONSTRUC-TORS, INC., Also Known as BELL CONSTRUCTORS OF ROCHESTER,